# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00575-CV

### C Carpet, Inc. d/b/a CC Carpet, Appellant

### v.

### Chett Buckner, Appellee

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. 254,077, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

On October 28, 2002, appellant filed an unopposed motion to dismiss this cause. The appellant has informed this Court that the parties have settled their dispute, and it no longer desires to prosecute this appeal. Accordingly, we will grant appellant=s motion and dismiss this appeal.

_____

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices Patterson and Puryear

Dismissed on Appellant=s Motion

Filed:   October 31, 2002

Do Not Publish